No. 361. GOLD FUEL SERVICE, INC., v. ESSO STANDARD OIL Co. Supreme Court of New Jersey. Certiorari denied. *Sam Weiss* and *Michael J. Pappas* for petitioner. *John J. Monigan* for respondent.

No. 365. HAMPTON ET AL. v. PARAMOUNT PICTURES CORP. ET AL. C. A. 9th Cir. Certiorari denied. *Theodore R. Kupferman* for petitioners. *Melville B. Nimmer* and *Eric Julber* for Paramount Pictures Corporation, respondent.

No. 370. CALVO ET AL. v. LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Leon D. Hubert, Jr.* for petitioners.

No. 374. EASTERN AIR LINES, INC., v. ST. CLAIR, EXECUTRIX. C. A. 2d Cir. Certiorari denied. *John M. Aherne* for petitioner. *David A. Ticktin* for respondent.

No. 375. FEDERAL TRADE COMMISSION v. DILGER. C. A. 7th Cir. Certiorari denied. *Daniel J. McCauley, Jr.* and *Alan B. Hobbes* for petitioner. *Thomas A. Reynolds* for respondent. *Solicitor General Rankin* and *Robert J. Dodds, Jr.* filed a memorandum for the Secretary of Commerce in opposition to the petition.

No. 378. HECKENDORN v. FIRST NATIONAL BANK OF OTTAWA, ILLINOIS, ADMINISTRATOR. Supreme Court of Illinois. Certiorari denied. *Hugh M. Matchett* and *Edward J. Bradley* for petitioner. *Andrew J. O'Conor* for respondent.